# In The United States Court of Federal Claims

Cover Sheet 06-255 C

Plaintiff(s) or Petitioner(s)

______________________________

______________________________

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] David J. Taylor

Firm Name: Tighe Patton Armstrong Teasdale PLLC

Post Office Box: ______________________________

Street Address: 1747 Pennsylvania Ave, NW Suite 300

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: T - 202 - 454-2855 F - 202 - 454-2805

E-mail address: dtaylor@tighepatton.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

______________________________

______________________________

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ 1,000,000 +

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ______________________________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005