IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICK'S MUSHROOM SERVICE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-255 C |
| v. | ) | (Judge Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 60 day enlargement of time, to and including July 31, 2006, to file a response to the complaint. Our response is currently due on May 30, 2006. This is defendant's first request for an enlargement for this purpose. On May 15, 2006, David Taylor, counsel for the plaintiff, indicated to the undersigned that he did not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the United States Department of Agriculture. Counsel was first able to speak to the agency counsel on May 8, 2006. The agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date, because there are multiple offices which have records relevant to the Government's position in this case, and it will take time to assemble and organize them.

This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report, as well as adequate time for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's

response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of 60 days, to and including, July 31, 2006, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/
KATHRYN A. BLEECKER
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

May 16, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _16__th day of May, 2006, I caused to be delivered copies of the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/ Joan M. Stentiford_____
JOAN M. STENTIFORD