IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICK'S MUSHROOM SERVICE, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-255 C |
| | ) | (Judge Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), plaintiff Rick's Mushroom Service, Inc. respectfully requests a 30 day enlargement of time, to and including Monday, October 2, 2006, to file its opposition to the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State A Claim Upon Which Relief Can Be Granted.

This is the first request for an extension of time by the Plaintiff, and is necessitated by the Plaintiff's counsel's need to gather more information for the oppositions, and because of counsel's vacation schedules.

Counsel for Plaintiff is authorized to represent that the Defendant's counsel will not oppose this motion.

For the foregoing reasons, plaintiff respectfully requests the Court to grant this motion for enlargement of time of 30 days, and, because the thirtieth day would fall on a

Saturday, to and including Monday, October 2, 2006.

Respectfully submitted,

David J. Taylor
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W.
Suite 300
Washington, DC 20006
Tel: (202) 454-2855
Fax: (202) 454-2805
e-mail: dtaylor@tighepatton.com

Counsel of Record for Plaintiff

Of Counsel:

Jeffrey Allen Krawitz, Esquire
Pa. Bar No. 49530
and
Jonathan J. Bart, Esquire
Pa. Bar No. 49114

Silverman Bernheim & Vogel
Attorneys at Law
Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
Tel: 215-569-0000
Fax: 215-636-3999

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of August, 2006, I caused to be delivered a copy of the foregoing Motion for Enlargement of Time, which was filed electronically. I understand that notice of this filing will be sent to counsel for the government, Joan M. Stentiford, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Taylor

______________________________

David J. Taylor