# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REYNOLDS, ET AL, | . CIVIL ACTION |
| Plaintiff, | . |
| v. | . No. 01-CV-3773 |
| RICK'S MUSHROOM SERVICE, ET AL, | . TRIAL |
| | . FEBRUARY 18, 2004 |
| Defendant. | . |

. . . . . . . . . . . . . . . . .

Philadelphia, Pennsylvania

- - - - -

BEFORE THE HONORABLE CYNTHIA M. RUFE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff: PHILIP M. BRICKNELL, ESQ.
CHRISTOPHER R. NESTOR, ESQ.
JOHN P. KRILL, JR., ESQ.
Kirkpatrick & Lockhart LLP
Payne Shoemaker Building
240 North Third Street
Harrisburg, PA 17101-1507

For the Defendant: JONATHAN J. BART, ESQ.
JEFFREY A. KRAWITZ, ESQ.
Silverman Bernheim & Vogel
Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102

Audio Operator: Erica Pratt

Transcriber: DIANA DOMAN TRANSCRIBING
P. O. Box 129
Gibbsboro, NJ 08026-0129

Telephone: (856) 435-7172
Fax: (856) 435-7124
E-mail: doman5123@snip.net

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

I N D E X

| Witnesses | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| FOR THE DEFENDANT: | | | | |
| Daniel Greig | 22 | 43 | 72 | |
| Peter J. Vanderstappen | 78 | 106 | | |
| Stephen G. Piller | 120 | | | |

| EXHIBITS: | Marked | Admitted |
|---|---|---|
| P-44 Consent Assessment of Civil Penalty | Prev. | 5 |
| P-73 Detail Operation | Prev. | 5 |
| P-83 Deposition of Daniel V. Malkowitz, PhD. | Prev. | 6 |
| P-77 Rainfall Charts | Withdrawn | |
| P-15 | Withdrawn | |
| P-84 WETS Rainfall Data | | |
| D-18 Mr. Piller's Summary of Reynolds Property | 127 | |
| D-19 3 Photos of Reynolds Property of 10/13/00 | 162 | |
| D-20 4/21/00 Notice of Violation to Reynolds | 161 | |
| D-21 Photos of SMS Pile at Reynolds Property | 162 | |
| D-22 Mushroom Farm Environmental Mgmt Plan | 28 | |
| D-23 Long Term contract for SMS | 30 | |
| D-24 Conservation Plan & Contract Support Doc. | 84 | |
| D-25 Ag Waste Storage/Collection Sys. Design | 88 | |
| D-27 Mr. Piller's 11/29/99 Site Inspection Rpt | 133 | |
| D-28 Mr. Piller's 9/26/00 Site Inspection Rpt | 133 | |


I N D E X (Cont.)

THE COURT: Brief recess.

(Brief Recess)

THE COURT: -- Mr. Krawitz.

MR. KRAWITZ: You sure?

THE COURT: I'm afraid that the afternoon is going to be very --

BY MR. KRAWITZ:

Q Going back to my notes, I think that the last answer you gave was more than a 100-year storm, but you don't know the exact --

A No. I know it exceeds a 100-year storm, which is 6.3 or 6.5 inches, but I can't tell you what the frequency is.

Q Okay. And would that be in excess of the capacity of the system as you designed?

A Interesting question. Repeat it.

Q Maybe it was --

A I'll give --

Q Maybe it was my question. That storm, would it not, would exceed the specifications for the system that you designed for this property?

A The way the system is designed, with the three months of storage and the 25-year storm, if it was -- everything was operating as per par, yes, that particular storm event would exceed the capacity of that system to operate correctly.

Q Do you know a -- well, let me ask you this. Did Rick's

Mushroom Service ever deviate from the design of the facility as you designed them and as they were constructed?

A Deviate from the design? No, not to my knowledge.

Q If you could -- how -- what is the -- how does the impoundment work, vis-á-vis the storage area? What is the design? How is this all supposed to work, if you could lay that out? How did you design this to work?

A The storage facility? Back to a thing, you know, worst-case scenario, it's supposed to handle up to three months of runoff off the pad and into the liner and then, over the -- when the system -- the second condition are such that the liner can also pump material out of there onto the spray fields to -- it can take the liquids out of the system. I am not sure of exactly what your question is, but.

Q Yeah. Have you provided any input or guidance on how to operate or maintain -- now, when I say storage area, the -- where the SMS is kept, not the lagoons, not the impounds.

A You're being very specific on just the pad area?

Q Correct.

A There is one document, the operation and maintenance, I forget which item it was. There is -- might be some comments on that. I don't --

Q Okay. It's not --

A -- have it in front of me here, but.

Q You mentioned some maintenance of the sedimentation basin