# EXHIBIT "C"

Rick's Mushroom Service Rehabilitation Project (Revised 9/04)

**General Operation Concept:** The volume of material on the site varies from 28,000 cubic yards over late winter to less than 5,000 cubic yards during the summer and late fall. In order to reduce the amount of water requiring treatment, the facility will be divided into two areas. Area "A" will be the primary storage area of 3.2 acres. When that area if full the rest of material will go into Area "B" which has an area of 1.58 acres. Runoff from Area "A" will always go into the settling basin and HDPE lined storage. Area "B" runoff will be directed into the basin only when SMS is in that area. When no SMS is within that area, the site will be scraped clean, seeded with annual rye and the runoff will be allowed to flow to the southside of the main storage facility. This will significantly reduce the amount of liquids that need treatment since this area will be empty during the typical heavier rainfall season. See revised plan for additional information.

**Project Description:** This involves installation and removal of 300' of temporary diversion, install 530' of the south dike adjacent to Area "B", install 400' of waterway to the south of the south dike, install 650' of 3' dike to separate Area "A" from Area "B", reshaping 500' of the North Dike, rebuilding the waterway along the southside of the HDPE liner, installation of a new rock rip-rap outlet channel SE of the HDPE liner, and partial closure of an existing waterway and regarding of its outlet. In addition, piping and valving to properly direct the runoff from Area "B".

**ADDITIONAL CONDITIONS & CONSTRUCTION NOTES:**

1. This project shall be installed as shown on the drawings and as detailed in the specifications. Contractor to verify dimensions.
2. Contractor to do "PA-One Call". Note that an approximate location is shown for an existing waterline. Exact location and depth is not known.
3. A copy of the specifications, drawings, and details shall be on site during all phases of construction.
4. It is the responsibility of the contractor to implement all measures necessary to protect work-in-progress from environmental conditions such as temperature extremes, surface and ground water, etc..
5. Contact the Natural Resources Conservation Service or their designated representative to provide inspection. Failure to notify could result in a loss of certification for DEP approval. Any changes require approval by an NRCS engineer or their designee.
6. The first practice is to install a temporary diversion to divert about 2 acres of drainage until all of the dike and waterway is installed. Dike grade to be 0.5%, minimum depth of 2 feet.
7. Install splitter dike between Area "A" and Area "B". Remove all organic material. Place fill in 8" lifts and roll with three passes of a sheepsfoot or knobby vibratory roller. Install pipe and valving for collection from Area "B" when appropriate.

8. Install the South Dike. Also, pipe and control valve into the existing waterway.

9. Install waterway that ties into waterway below lower wharf on adjacent property and continue along southside of South Dike. Prep and seed and then install netting on lower section. Prepare remaining area south of waterway to South sprayfield for permanent seeding.

10. Site prep will require incorporating 1-2" of SMS and final tillage will be with conventional tillage equipment on the contour. **Lime, seed, fertilize as outlined below and mulch entire area immediately after tillage to contain moisture that day.**

11. Seeding recommendation for the future filter area.
    - Birdsfoot Trefoil 15# per acre and
    - Orchard grass 10# per acre and
    - 1 Bushel of small grain (Annual rye, wheat, etc)

12. Seeding recommendation for waterways, dikes, and berms is as follows:
    - Fine Fescue 35# per acre
    - Perennial Ryegrass 15# per acre
    - 1 Bushel of small grain per acre (Annual rye, wheat, etc)

13. Fertilize all disturbed areas at a rate of 1000 pounds of 10-20-20 per acre. Incorporate ½ and topdress ½.

14. Lime at a rate of 3 tons/ acre.

15. Mulch all disturbed areas at a rate of 3 tons of hay/straw per acre.

16. Install new outlet for waterway. Make sure that rock rip-rap is large enough. Mix R-4 and R-5 to achieve required size. Due to existing site, suggest selecting new location and upon completion direct flow into channel. See detail for x-section.

17. Re-shape and relocate North Dike. Verify property line location.

18. Existing filter areas to be repaired as needed. If significant areas must be redone, wait until the new area is established and piped for irrigation. No more than 25% of the existing filter areas shall be disturbed at any one time.

19. Erosion and Sedimentation control shall be to stabilize sections as completed. All work to be done in a short time period.

20. It is the responsibility of the contractor to be aware of what items they are responsible for doing with the knowledge that a complete system must be done and sequencing must be followed.

## OPERATION AND MAINTENANCE

1. Maintain waterway and repair any problems during establishment and future operation.
2. Maintain dike, repair inside if gouged during movement of SMS. Long term solution may be to concrete the slope.
3. Maintain riprap channel and repair as needed.
4. Continue to repair filter areas as needed.
5. Fill Area "A" first. Maintain uniform pile height and keep access along all dikes. Once Area "A" is filled, open pipe to settling basin and close pipe to waterway. Start to fill Area "B". In the spring, remove material from Area "B" first. Once all the material is removed seed area with annual rye and close valve to settling basin and open valve to waterway.

July7, 2004 PJV
Revised September 10, 2004


MAY FARMS INC
ELAINE METZER
THOMAS BITTERSDORF
MAY FARMS INC
Tie into waterway from May Farms below concrete wharf
0' 100' 200' 300'
Concrete Pad
Install Waterway See Typical Detail
Excelsior Netting
Regrade channel to establish grassed channel. Steep sections may require Rip-rap.
Relocated South Dike
Temporary Diversion
OVERFLOW AREA "B" Drainage Area of 1.58 Acres
Primary Storage Area "A" Drainage Area to Lined Facility 3.2 Acres
Relocated North Dike
Install Dike between Area "A" & "B"
South Spray Field approx. 1.9 Acres
Settling Basin
HDPE lined Facility (Existing 60mil liner)
Reslope as needed
Revised by: PJV Sept 10, 2004
WILMINGTON TRUST CO
Pump
MICHAEL PIA
Rebuild Stone outlet channel See specifications for details
HDPE Monitoring Line
Lateral
Sprayhead
North Spray Field approx. 12 Acres
MAY FARMS INC
Woodline
Key:
Property line (approx) — PL —
City Water line — CWL —
2' Contours
5' Chain Link Fence — x —
Note:
*Contractor to do "PA-One Call"
*See additional specifications and details
*Contact NRCS before starting for meeting
NRCS
Natural Resources Conservation Service
United States Department of Agriculture
Rick's Mushroom Service
CHESTER COUNTY, PENNSYLVANIA
Revised Site Plan
Drawn PJV
7/04 Revised 9/0
USDA NRCS

WATERWAY DETAIL along Dike
(NOT TO SCALE)




DIKE along South Side
of Concrete and Earthen Wharf




Note:
1) Install Dike first and then Waterway.
2) After final prep for seeding install Excelsor type netting for 2/3 width for slopes over 4%.
3) See construction notes and specs for more information.

Waterway West of Concrete Driveway
(NOT TO SCALE)




Rock RipRap Outlet Channel




NRCS
Natural Resources Conservation Service
United States Department of Agriculture

*Rick's Mushroom*
*CHESTER COUNTY, PENNSYLVANIA*
*Details*

File No. 03CES.dwl

Designed / Drawn / Checked / Approved by: [signatures] 7/04