# EXHIBIT "D"

United States Department of Agriculture

NRCS

Natural Resources Conservation Service
One Credit Union Place, Suite 340
Harrisburg, PA 17110-2993
Ph: (717) 237-2100 Fax: (717)238-2338

November 14, 2005

Silverman, Bernheim, & Vogel
Attorneys at Law
Two Penn Center Plaza
Philadelphia, PA 19102

RE: Reynolds, et. al. v. Rick's Mushroom Service, et. al.; 01-CIV-3773

Dear Attorney Krawitz,

I have reviewed your letter of November 4, 2005, in which you assert a claim against the United States pursuant to the Contract Disputes Act of 1978, 41 U.S.C. §601, *et seq*. The provisions of the Contract Disputes Act apply only to Government contracts for the procurement of goods and services. (See 41 U.S.C. §602(a)). The "contract" (60-2D37-7-340) between the Government and your client is not a contract entered into for the procurement of goods and services for the benefit of the Government. It is a cooperative agreement entered into pursuant to 31 U.S.C. §6305 for purposes of carrying out certain conservation practices on your client's land, pursuant to the Watershed Protection and Flood Protection Act (16 U.S.C. 1003(6)). Accordingly, there is no contract between your client and the Government upon which the claim asserted in your letter of November 4, 2005 may be made pursuant to section 605 of the Contract Disputes Act, and the claim is denied on that basis.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. The procedures and address for the Agriculture Board of Contract Appeals are published in are published in Part 24 of Title 7 of the U.S. Code of Federal Regulations. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

TIM SITTIG
Contracting Officer

The Natural Resources Conservation Service provides leadership in a partnership effort to help people conserve, maintain, and improve our natural resources and environment.

An Equal Opportunity Provider and Employer