# EXHIBIT "E"

United States Department of Agriculture

NRCS

Natural Resources Conservation Service
One Credit Union Place, Suite 340
Harrisburg, PA 17110-2993
Ph: (717) 237-2100 Fax: (717)238-2338

October 21, 2005

Silverman, Bernheim, & Vogel
Attorneys at Law
Two Penn Center Plaza
Philadelphia, PA 19102

RE: Reynolds, et. al. v. Rick's Mushroom Service, et. al.; 01-CIV-3773

Dear Attorney Krawitz,

A review of NRCS records indicates that Spent Mushroom Substrate (SMS) was stored on several acres for years prior to NRCS involvement. During that time leachate was not controlled and vast quantities left the property. Conceivably large amounts of this leachate would have entered Trout Run and the neighbor's pond. Since NRCS has been involved, the situation at your client's facility has improved remarkably yet there remains to be Operation and Maintenance issues.

NRCS, at your client's request, participated in the project to control leachate at your client's property in 1999, by designing structural components of the project. More importantly, the irrigation/spray field design was created and installed by Lee Rain, Incorporated, a firm hired by your client. The project also included an Operation and Maintenance plan (O&M) which required active monitoring and maintenance by your client. The collection components were designed to accumulate the drainage from up to 3.2 acres. Up until fairly recently, Rick's stored SMS on a drainage area that far exceeded the design criteria. It was acknowledged from the beginning that circumstances such as the leachate nutrient content, the ability of the soil and crops to absorb the spray, or the amount of rainfall might require changes in operations concerning the spray fields. Please refer to the Detailed Operation and Maintenance Requirements for Rick's mushroom that I have attached. In particular please note item four which refers to monitoring and actions required for the depth of the impoundment area, item five refers to the possibility of trucking excess leachate offsite, item six refers to monitoring spraying to prevent runoff, and item eight concerning yearly testing of the liquids applied.

It should be clear to anyone that this was not designed as a passive system. Monitoring, maintenance, and adaptation to conditions are required for this system to operate. To that note, in addition to NRCS observations, pages six through nine of the District Court's Findings of Fact and Conclusions of Law and Order, dated March 29, 2004, are wrought with findings that Rick's Mushroom Service does not abide by his Mushroom Farm Environmental Management Plan. Several of these findings relate directly to the NRCS O&M plan.

The Natural Resources Conservation Service provides leadership in a partnership effort to help people conserve, maintain, and improve our natural resources and environment.

An Equal Opportunity Provider and Employer

Taking into consideration the requirements, standards, and regulations in effect at the time, this was an adequate design. Considering this fact and the above findings, it is the NRCS position that any harm done to the neighbor was the result of either harm that accumulated prior to the NRCS involvement, or the failure of RMS to follow the O&M plan. Therefore, NRCS will not assume the liability or responsibility for your client's situation. Furthermore, NRCS can not be responsible for changes in the law or the classification of Rick's operation.

It is not practical, concerning the portion of your letter requesting that NRCS design and install roofs over your client's property/leasehold, for NRCS to design a roofing system. However, any number of construction companies that provide this type of roof can design the roofing system as part of the purchase.

The original reimbursement funding for the structures designed by NRCS, Lee Rain Inc., and installed by Rick's was a result of P.L. 83-566. There is a $100,000 national reimbursement cap allowed per individual, family, corporation, or combination thereof for these funds. NRCS records indicate that approximately $98,000 was set aside and expended for this project.

In light of your letter's pointed assurance that your client intends to seek damages from NRCS for alleged negligent design, please be advised that NRCS will vigorously defend itself. Your allegations require that NRCS, in order to protect its interests, refrain from providing further technical assistance to your client.

Sincerely,

Barry Frantz, Acting

ROBIN E. HEARD
State Conservationist

cc:
Nicholas Mamone
William Bowers
Renee Melvin
Sam High
Peter Vanderstappen
Tim Sittig