IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICK'S MUSHROOM SERVICE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-255 C |
| v. | ) | (Judge Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a seven-day enlargement of time, to and including October 30, 2006, to file a reply brief to plaintiff's opposition to the Government's motion to dismiss. Our response is currently due on October 23, 2006. No previous requests for enlargement of time have been made by the Government for this purpose. This brief extension is necessary because Government counsel was required to be out of town to attend her stepfather's funeral.

On October 20, counsel for defendant spoke with David Taylor, counsel for the plaintiff, who indicated he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

October 20, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _20th_ day of October, 2006, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD