# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RICK'S MUSHROOM SERVICE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-255C |
| **THE UNITED STATES,** | * | (Filed Nov. 16, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff filed its Complaint on March 29, 2006. Defendant on July 31, 2006, filed Defendant's Motion To Dismiss for Lack of Subject Matter Jurisdiction and Failure To State a Claim upon Which Relief Can Be Granted, to which plaintiff filed a response on October 4, 2006. In its response plaintiff asserted legal theories that were not included in its Complaint. Plaintiff thereafter filed an Amended Complaint on October 23, 2006, to bring it into conformity with the response. Beyond including these additional arguments, the Amended Complaint contained no material changes.

On November 9, 2006, defendant filed Defendant's Motion To Dismiss Amended Complaint. Because plaintiff's Amended Complaint, in essence, reiterates its response, defendant's second motion to dismiss is substantively akin to a reply. In recognition of this, briefing on defendant's motion to dismiss shall be expedited pursuant to RCFC 7.2(a). Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiff shall respond by November 27, 2006.

2. Defendant shall reply by December 5, 2006.

3. A courtesy copy of all filings shall be delivered to chambers by 5:00 p.m. on the filing dates. See Section I, ¶¶ 4-5 of General Order No. 42A.

4. Argument shall be held at 10:00 a.m. on Friday, December 8, 2006, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge