# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICK'S MUSHROOM SERVICE, INC. | : |
| 1007-1013 Newark Road | : |
| P.O. Box 416 | : |
| Avondale, PA 19311 | : Case No. 06 255C |
| | : (Judge Christine O.C. Miller) |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, acting through | : |
| the UNITED STATES DEPARTMENT OF | : |
| AGRICULTURE NATURAL RESOURCE | : |
| CONSERVATION SERVICE | : |
| United States Department of Agriculture | : |
| Washington, DC 20250 | |

## OPPOSITION TO MOTION TO DISMISS AND NOTICE TO COURT AND PARTIES REGARDING BRIEFS

Plaintiff Rick's Mushroom Service, Inc. ("RMS"), by its undersigned counsel, hereby Opposes the Motions to Dismiss the Amended Complaint herein, and hereby informs the Court pursuant to this Court's Scheduling Order dated November 16, 2006 that Rick's shall not file an amended brief, but rather shall rely on its first brief and will submit no additional papers. Rick's recognized in preparing its original opposition to the Government's Motion to Dismiss that an Amended Complaint alleging jurisdiction under The Contract Disputes Act was necessary. Rick's anticipated the Government's argument on that issue and addressed the jurisdictional issue relating to The Contract Disputes Act in its original brief. Accordingly, Rick's will rely on its original brief in opposition to the Government's renewed motion to dismiss. Rick's will address all issues raised in both motions to dismiss at the oral argument of this matter on December 8, 2006.

Respectfully submitted,

Date: November 27, 2006

By: ______________________

David J. Taylor, Esquire
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005
(202) 898-5800

Of Counsel:

Jeffrey A. Krawitz, Esquire
Jonathan J. Bart, Esquire
Silverman Bernheim & Vogel
Two Penn Center
Suite 910
Philadelphia, PA 19102
(215)569-0000

**CERTIFICATE OF SERVICE**

DAVID J. TAYLOR, ESQUIRE, hereby certifies that on November 27, 2006, he did cause a copy of the foregoing Opposition to Motion to Dismiss and Notice to Court and Parties Regarding Briefs to be served on the following parties as directed by the Notice of Electronic Filing:

Troy B. Mouer, Esquire
Office of the General Counsel
U.S. Department of Agriculture
P.O. Box 1134
Harrisburg, PA 17108

Joan M. Stentiford, Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L. St., N.W., 8th Floor
Washington, DC 20530

David J. Taylor, Esquire