**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RICK'S MUSHROOM SERVICE, INC.<br>1007-1013 Newark Road<br>P.O. Box 416<br>Avondale, PA 19311 | : Case No. 06 255C |
| v. | |
| UNITED STATES OF AMERICA, acting through the UNITED STATES DEPARTMENT OF AGRICULTURE NATURAL RESOURCE CONSERVATION SERVICE<br>United States Department of Agriculture<br>Washington, DC 20250 | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Rick's Mushroom Service, Inc. ("Rick's"), by its undersigned counsel, respectfully moves this Court for an Order pursuant to United States Court of Federal Claims Rule 83.1(c)(4) permitting substitution of counsel as follows:

1. Rick's has long been represented by Silverman Bernheim & Vogel and attorneys Jonathan J. Bart, Esquire and Jeffrey A. Krawitz, Esquire of Silverman Bernheim & Vogel in many matters, including the underlying federal proceedings in the United States District Court for the Eastern District of Pennsylvania.

2. Rick's has requested that Silverman Bernheim & Vogel assume the representation of Rick's in this action now that the Eastern District of Pennsylvania action has been concluded.

3. In support of this motion, Rick's incorporates by reference and Affidavit of Appointment, signed by Jonathan J. Bart, Esquire and the consent of the

previous attorney of record, signed by David Taylor, Esquire.

WHEREFORE, Rick's respectfully requests that its Motion for Substitution of Counsel be granted.

Respectfully submitted:

SILVERMAN BERNHEIM & VOGEL

Dated: December 6, 2006

BY: ______________________

Jonathan J. Bart, Esquire

Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
Tel: 215-569-0000
Fax: 215-636-3999

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICK'S MUSHROOM SERVICE, INC.<br>1007-1013 Newark Road<br>P.O. Box 416<br>Avondale, PA 19311 | : Case No. 06 255C |
| v. | |
| UNITED STATES OF AMERICA, acting through the UNITED STATES DEPARTMENT OF AGRICULTURE NATURAL RESOURCE CONSERVATION SERVICE<br>United States Department of Agriculture<br>Washington, DC 20250 | |

## AFFIDAVIT OF APPOINTMENT

Jonathan J. Bart, Esquire, hereby declares under perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of Supreme Court of the Commonwealth of Pennsylvania and have been admitted to the Bar of the United States Court of Federal Claims.

2. I am and my firm, Silverman Bernheim & Vogel, have long represented Rick's Mushroom Service in many matters, including the underlying lawsuit in the Eastern District of Pennsylvania.

3. Since the undersigned and his firm has familiarity with the merits of the claims brought by Rick's against the United States in this action, Rick's has requested that the undersigned and his firm assume the representation of Rick's in this action, now that the Eastern District action has concluded.

4. I hereby certify that the undersigned and Silverman Bernheim & Vogel

have been requested by Rick's Mushroom Service to serve as lead counsel in this litigation.

SILVERMAN BERNHEIM & VOGEL

Dated: December 6, 2006

BY: ______________________________
Jonathan J. Bart, Esquire

Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
Tel: 215-569-0000
Fax: 215-636-3999