# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICK'S MUSHROOM SERVICE, INC.<br>1007-1013 Newark Road<br>P.O. Box 416<br>Avondale, PA 19311 | :<br>:<br>:<br>: Case No. 06 255C<br>: (Judge Christine O.C. Miller) |
| v. | :<br>: |
| UNITED STATES OF AMERICA, acting through<br>the UNITED STATES DEPARTMENT OF<br>AGRICULTURE NATURAL RESOURCE<br>CONSERVATION SERVICE<br>United States Department of Agriculture<br>Washington, DC 20250 | :<br>:<br>:<br>:<br>: |

## CONSENT TO CHANGE IN COUNSEL OF RECORD

David J. Taylor, Esq., currently Counsel of Record in the captioned matter, hereby gives his consent, pursuant to Rule 83.1 (c )(4) of the Rules of this Couirt, to the substitution of Jonathan J. Bart, Esq. as Counsel of Record in this matter, effective immediately. Mr. Bart is a Member of the Bar of this Court, effective December 5, 2006, and will argue the motion currently scheduled for oral argument on December 8, 2006.

**Respectfully submitted,**

Date: December 6, 2006

David J. Taylor, Esquire
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005
(202) 898-5838