# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

RICK'S MUSHROOM SERVICE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-255C

(Filed Dec. 8, 2006)

## ORDER

Further to the argument held this date on Defendant's Motion To Dismiss for Lack of Subject Matter Jurisdiction and Failure To State a Claim Upon which Relief Can Be Granted,

**IT IS ORDERED**, as follows:

1. By December 22, 2006, plaintiff shall submit the full deposition of Peter J. Vanderstappen and the transcript of Mr. Vanderstappen's testimony before Hon. Cynthia M. Rufe in the United States District Court for the District of Pennsylvania under cover of a supplemental memorandum, not to exceed ten pages, discussing these supplemental materials and whether plaintiff's particular claim was the type of claim that could be exhausted through review mechanisms established by the Natural Resources Conservation Service or the United States Department of Agriculture, and the relevance of 7 U.S.C. § 6912(e) (2000), and 7 C.F.R. § 614.1 (2006), to the exhaustion requirement.

2. By January 19, 2007, defendant shall submit its response, not to exceed 10 pages.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge