# EXHIBIT "B"

The Brandywine Conservancy's Environmental Management Center

# Publications

Our Approach
Our Programs
Contact Us
Online Resources
News & Events
Job Openings
Conservancy Preserves
Membership
Brandywine Conservancy
Brandywine River Museum
Home

## *Forested Stream Buffers*

***Protecting the Natural Flow of Streams***

### *Who Can Help You Establish a Forested Stream Buffer?*

The Red and White Clay PL-566 Project is a partnership effort with funding and input from several organizations including:

**Chester County Conservation District**
The Chester County Conservation District provides leadership in addressing natural resource conservation issues by promoting sustainable use of those resources through education and technical assistance. The District facilitates a locally led conservation approach on a watershed basis to improve and protect Chester County land and water resources. The District also administers state-delegated programs in Chester County such as erosion and sediment control, nutrient management and others. For more information, call (610) 696-5126.

**Pennsylvania Bureau of Forestry**
The Pennsylvania Bureau of Forestry offers information and technical assistance to woodland owners. Upon request, the Bureau will examine woodlots; prepare management plans for riparian restoration and tree planting; mark timber for improvement cutting and firewood harvesting; and provide advice on erosion and sedimentation control, wildlife habitat improvement, and urban community forestry. There is no charge for the service, but it is limited to four days per ownership per year. For more information, call the Chester County Service Forester at (610) 582-9660.

**Natural Resources Conservation Service**
The Natural Resources Conservation Service (NRCS) is a technical agency of the U.S. Department of Agriculture. NRCS works with the American people to conserve natural resources on private lands. Technical assistance includes soils information and soil surveys, agricultural engineering assistance, urban conservation programs, and PL-566 cost-share assistance to install best management practices. For more information, call (610) 696-8750.

Top of Page
Return to Main Publications Page

For more information send email to: emc@brandywine.org, call 610-388-2700, or write to Environmental Management Center, Brandywine Conservancy
P.O. Box 141, Chadds Ford, PA 19317

© 2003 Brandywine Conservancy

United States Department of Agriculture
NRCS Natural Resources Conservation Service

# Watershed Protection and Flood Prevention

The Watershed Protection and Flood Prevention Act (PL 83-566), August 4, 1954, as amended, authorized NRCS to cooperate with States and local agencies to carry out works of improvement for soil conservation and for other purposes including flood prevention; conservation, development, utilization and disposal of water; and conservation and proper utilization of land.

NRCS implements the Watershed Protection and Flood Prevention Act through three programs:

- Watershed Surveys and Planning
- Watershed Protection and Flood Prevention Operations
- Watershed Rehabilitation

This document requires Adobe Acrobat

Watershed Protection and Flood Prevention Act, P.L. 83-566

## Watershed Surveys and Planning

P.L. 83-566 provides the authority for NRCS to cooperate with other Federal, State, and local agencies in making investigations and surveys of river basins as a basis for the development of coordinated water resource programs, floodplain management studies, and flood insurance studies. NRCS also assists public sponsors to develop watershed plans to mitigate flood damages; conservation, development, utilization and disposal of water; and conservation and proper utilization of land. The focus of these plans is to identify solutions that use conservation practices, including nonstructural measures, to solve problems.

...More Info

## Watershed Operations

Watershed Operations is a voluntary program which provides assistance to sponsoring local organizations of authorized watershed projects, planned and approved under the authority of the Watershed Protection and Flood Prevention Act of 1954 (P.L. 83-566), and 11 designated watershed authorized by the Flood Control Act of 1944 (P.L. 78-534). NRCS provides technical and financial assistance to States, local governments and Tribes (project sponsors) to implement authorized watershed project plans for the purpose of watershed protection; flood mitigation; water quality improvements; soil erosion reduction; rural, municipal and industrial water supply; irrigation water management; sediment control; fish and wildlife enhancement; and wetlands and wetland function creation and restoration.

There are over 1,500 active or completed watershed projects.

...More Info

## Flood Prevention Program (PL 78-534)

The Flood Control Act of December 22, 1944 authorized the Secretary of Agriculture to install watershed improvement measures to reduce flood, sedimentation, and erosion damages; further the conservation, development, utilization, and disposal of water; and the conservation and proper utilization of land.

...More Info

## A Locally Led Program

Project sponsors are provided assistance in installing planned land treatment measures when plans are approved. Surveys and investigations are made and detailed designs, specifications, and engineering cost estimates are prepared for construction of structural measures. Areas where sponsors need to obtain land rights, easements, and rights-of-way are delineated. Technical assistance is also furnished to landowners and operators to accelerate planning and application of needed conservation measures on their individual land units. There are presently over 1600 projects in operation.

...More Info

## More Program Information

- Watershed Rehabilitation
- National Watershed Manual
- Watershed Program Success Stories, Spillman and Salt Creeks, Mitchell and Lincoln Counties, KS
- Watershed Project Locations and Status Report
- Unfunded Federal Commitments **Updated 4/04/06**
- Watershed Operations - Historical Appropriation - Since 1947

FY-2006 Watershed Operations Funding Requests
FY-2006 Watershed Operations Funding Allocations

Wildlife Benefits from Watershed Projects- Fact Sheet **Updated 6/7/05**
Watershed Benefit Fact Sheet **Updated 6/7/05**

## State Watershed Web Pages

The following states have information about their watersheds available online:

| | | | | |
|---|---|---|---|---|
| Arizona | California | Colorado | Connecticut | Florida |
| Hawaii | Iowa | Kansas | Louisiana | Maine |
| Minnesota | Missouri | Nebraska | New York | North Dakota |
| Pennsylvania | Utah | Wisconsin | Wyoming | Virginia |

## State Proclamations

Arizona Hawaii Kansas Oklahoma

Wisconsin (156 KB)

**Program Contact**

Stuart Simpson, National Watershed Program Leader, 202-720-3413

# Fiscal Year 2006 Funding Allocations

## Flood Protection and Prevention Operations
## PL-566 and PL-534

| STATE | PL-566 ($) | PL-534 ($) | Total ($) |
|---|---|---|---|
| ALABAMA | 1,135,100 | 0 | 1,135,100 |
| ALASKA | 1,249,100 | 0 | 1,249,100 |
| ARIZONA | 244,000 | 0 | 244,000 |
| ARKANSAS | 769,500 | 0 | 769,500 |
| CALIFORNIA | 270,000 | 0 | 270,000 |
| COLORADO | 237,000 | 0 | 237,000 |
| CONNECTICUT | 0 | 0 | 0 |
| DELAWARE | 0 | 0 | 0 |
| FLORIDA | 337,700 | 0 | 337,700 |
| GEORGIA | 125,000 | 0 | 125,000 |
| HAWAII | 7,998,500 | 0 | 7,998,500 |
| IDAHO | 68,100 | 0 | 68,100 |
| ILLINOIS | 3,515,900 | 0 | 3,515,900 |
| INDIANA | 0 | 0 | 0 |
| IOWA | 5,336,000 | 1,293,800 | 6,629,800 |
| KANSAS | 486,500 | 0 | 486,500 |
| KENTUCKY | 1,253,600 | 0 | 1,253,600 |
| LOUISIANA | 335,000 | 0 | 335,000 |
| MAINE | 60,000 | 0 | 60,000 |
| MARYLAND | 155,000 | 0 | 155,000 |
| MASSACHUSETTS | 75,000 | 0 | 75,000 |
| MICHIGAN | 80,000 | 0 | 80,000 |
| MINNESOTA | 220,800 | 0 | 220,800 |
| MISSISSIPPI | 1,240,200 | 3,134,300 | 4,374,500 |
| MISSOURI | 11,325,120 | 0 | 11,325,120 |
| MONTANA | 497,000 | 0 | 497,000 |
| NEBRASKA | 1,140,100 | 0 | 1,140,100 |
| NEVADA | 0 | 0 | 0 |
| NEW HAMPSHIRE | 0 | 0 | 0 |
| NEW JERSEY | 0 | 0 | 0 |
| NEW MEXICO | 1,719,200 | 0 | 1,719,200 |
| NEW YORK | 0 | 0 | 0 |
| NORTH CAROLINA | 2,975,300 | 0 | 2,975,300 |
| NORTH DAKOTA | 745,000 | 0 | 745,000 |
| OHIO | 2,035,200 | 0 | 2,035,200 |
| OKLAHOMA | 193,000 | 90,000 | 283,000 |
| OREGON | 0 | 0 | 0 |
| PENNSYLVANIA | 4,340,100 | 0 | 4,340,100 |
| RHODE ISLAND | 0 | 0 | 0 |
| SOUTH CAROLINA | 171,800 | 0 | 171,800 |
| SOUTH DAKOTA | 56,000 | 0 | 56,000 |
| TENNESSEE | 31,000 | 0 | 31,000 |
| TEXAS | 5,897,100 | 517,000 | 6,414,100 |
| UTAH | 2,283,200 | 0 | 2,283,200 |
| VERMONT | 380,000 | 0 | 380,000 |
| VIRGINIA | 1,673,600 | 10,000 | 1,683,600 |
| WASHINGTON | 0 | 0 | 0 |
| WEST VIRGINIA | 2,485,200 | 842,400 | 3,327,600 |
| WISCONSIN | 0 | 0 | 0 |
| WYOMING | 150,000 | 0 | 150,000 |
| PACIFIC BASIN | 100,000 | 0 | 100,000 |
| PUERTO RICO | 0 | 0 | 0 |
| **STATE TOTAL** | **$63,389,920** | **$5,887,500** | **$69,277,420** |