# EXHIBIT "D"

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
* * *

| | | |
|---|---|---|
| WARREN REYNOLDS, JOHN REYNOLDS, through his Guardians, JACKLEN E. POWELL and WILMINGTON TRUST COMPANY, WILMINGTON TRUST COMPANY, as Trustee | : | Civil Action No. 01-CV-3773 |
| Plaintiffs | : | |
| vs. | : | |
| RICK'S MUSHROOM SERVICE, INC., M.A.Y. FARMS, INC., and RICHARD MASHA | : | |
| Defendants | : | |

* * *
Media, Pennsylvania
Thursday, March 14, 2002
* * *

Deposition of DANIEL JOSEPH GREIG, taken pursuant to notice in the law offices of Kassab, Archbold and O'Brien, L.L.P., 214 North Jackson Street, Media, Pennsylvania 19063, on the above date, commencing at approximately 2:50 P.M., before Sandra E. Rosiejka, a Certified Shorthand Reporter and Notary Public.

SANDRA E. ROSIEJKA, C.S.R.
19 West Second Street
Media, Pennsylvania 19063
(610) 566-2011

APPEARANCES:

JOEL R. BURCAT, ESQUIRE
and
KIMBERLY A. HUMMEL, ESQUIRE
Of Kirkpatrick and Lockhart, L.L.P.
Payne Shoemaker Building
240 North Third Street
Harrisburg, Pennsylvania 17101

Counsel for Plaintiffs

WILLIAM E. HOWELL, III, ESQUIRE
110 East State Street
Kennett Square, Pennsylvania 19348

Counsel for Defendants

* * *

# INDEX


| WITNESS: | PAGE |
|---|---|
| DANIEL JOSEPH GREIG | |
| BY: Mr. Burcat | 7, 120, 134 |
| BY: Mr. Howell | 193, 125, 135 |


* * *

EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| | * * * | |
| Greig-1 | Best Practices for Environmental Protection in the Mushroom Farm Community, 64 pages | 31 |
| Greig-2 | MFEMP for Rick's Mushroom Service (also Davis-2), 13 pages | 31 |
| Greig-3 | Conservation Plan (also Davis-3) 6 pages | 31 |
| Greig-4 | Detailed Operation and Maintenance Requirements for Settling Basin, HDPE Lined Storage and Spray Field (also Davis-6), 2 pages | 31 |
| Greig-5 | Sample Location Diagram (also Davis-1), 1 page | 64 |
| Greig-6 | Inspection/Investigation Report (also Davis-5), 1 page | 91 |
| Greig-7 | Inspection/Investigation Report, 1 page | 92 |
| Greig-8 | Memorandum dated 12/26/00, 1 page | 95 |
| Greig-9 | Verification, 1 page | 97 |
| Greig-10 | An Ecological Blueprint for Today, 10 pages | 122 |


Distribution of Exhibits:
Original exhibits attached to the original transcript; except Greig-4 (copy).
No copies in Mr. Howell's copy.)

* * *

# DEPOSITION SUPPORT INDEX

## Direction to Witness Not to Answer

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| (None) | | | | | |

## Request for Production of Documents

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| (None) | | | | | |

## Stipulations

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| 6 | 1 | | | | |

## Question Marked

| Page | Line | Page | Line | Page | Line |
|---|---|---|---|---|---|
| (None) | | | | | |

(It is hereby stipulated and agreed by and among counsel for the respective parties that the sealing, certification and filing are waived; and that all objections, except as to the form of the question, are reserved until the time of trial. The transcript will be read and signed by the witness.)

* * *

....DANIEL JOSEPH GREIG, 24 Hunter Road, East Fallowfield, Pennsylvania 19320 having first been duly sworn, was examined and testified as follows:

* * *

THE REPORTER: Do we have usual stipulations?

MR. BURCAT: Yes, same as before.

MR. HOWELL: Yes.

* * *

EXAMINATION

* * *

BY MR. BURCAT:

Q. Mr. Greig, my name is Joel Burcat. I represent the plaintiffs in the case that has been brought by Warren Reynolds versus Rick's Mushroom Service.
Are you generally familiar with that litigation?
A. Yes, I am.
Q. Would you please state your name for the record.
A. My name is Daniel Joseph Greig.
Q. I am going to be asking you a bunch of questions today and the reporter is going to be taking down the notes of your testimony. So when I ask you a question you have to answer it verbally, otherwise the reporter can't take down your testimony. Can you do that?
A. Yes, sir.
Q. Also, you understand that your testimony today is under oath?
A. Yes, sir.
Q. And when I ask you a question if my question is at all confusing to you, I would like you to tell me that the question is

confusing rather than trying to answer the question.

Will you do that?

A. Yes, sir.

Q. And, also, if there is anything at all about my questions that you don't understand, please ask me to rephrase the question and I will do that for you.

A. Okay.

Q. I am going to let you know that if you don't tell me that the question is confusing or that you don't understand the question that I am going to assume that you have understood the question.

A. Okay.

Q. If during the course of your testimony today you use any technical jargon or acronyms, I may ask you to spell that out. I just wanted you to understand that I may be doing that today.

A. I understand that.

Q. At any time during the deposition today if you need a break, I will be happy to grant you the time to take a break, get a drink, use

the rest room, whatever you might need. You just have to let me know.

A. All right.

Q. The only caveat to that is if I have asked you a question, you will have to answer the question before I will let you take a break.

A. Yes, sir.

Q. Are you under the influence of any medication or drugs today that would make it difficult for you to render accurate testimony?

A. No, sir.

Q. Who is your employer?

A. My employer is the County of Chester. I am the manager of the Chester County Conservation District.

Q. Where is your office -- what is your office address?

A. The office address is the Chester County Government Service Center, 601 Westtown Road, Suite 240, West Chester, PA.

Q. Have you ever testified in a deposition before?

A. Yes, sir.
Q. When was that?
A. That would have been a little over a year ago.
Q. And just very, very generally what kind of case was that?
A. Actually, excuse me, I have testified at least three times before.
Q. Okay.
A. So one of them was a chapter, excuse me, two of them were Chapter 102 erosion and sediment control, excuse me, hearings and one was a civil rights suit.
Q. And this is all related to your work; is that right?
A. Yes.
Q. Have you ever testified in court?
A. Never have gone that far yet, sir.
Q. Are you represented by Mr. William Howell, III, the attorney sitting to your left?
A. No, I am not.
Q. Have you talked with Mr. Howell at all?
A. I have talked to Mr. Howell on the phone,

I believe twice.
Q. And what was the subject of your discussion with Mr. Howell?
A. The subject of discussion was the farm plan, the Mushroom Farm Environmental Management Plan for Mr. Masha.
Q. And that was what he talked to you about on both of those occasions?
A. That's correct.
Q. And when, if you recall, did you have those discussions?
A. I don't recall the dates but they were -- they were within the last six months.
Q. Did he talk to you at all about what your testimony might be here today?
A. I don't recall anything specific as to what the testimony would be.
Q. Now, are you familiar with Rick's Mushroom Service and M.A.Y. Farms?
A. I am familiar with -- yes. Yes, I am familiar.
Q. How is it that you are familiar with those companies?
A. I am familiar with those -- I am familiar

with the site more than the companies themselves because of the Mushroom Farm Environmental Management Plan that was done through our office and also the -- at least five times that I have been out at the site.

Q. And we are talking about the site that's located right off of Newark Road in --

A. Toughkenamon.

Q. -- Toughkenamon. It's actually Avondale post office in any event.

A. Right. But it's within the "town" quote/unquote of Toughkenamon.

Q. And you have been to that site you said about five times?

A. Yes, sir.

Q. And why have you been to that site?

A. I was there looking at impacts from the mushroom agriculture industry on that site, at that site.

Q. Now, you said you have been there five times but over what period of time have you been on that facility?

A. I would say that that's been over probably a six or seven year period. I had

been there at least two times that I can remember prior to Mr. Masha having responsibility of the site. When Mr. Frezzo owned it or at least operated it, again, I am not -- I do not know, you know, as far as the ownership of the site, I really don't know who actually owns it or owned it in the past or anything like that, but I do know who was operating it. And I was there at least once prior to the district at NRCS putting together a conservation plan and a contract when Mr. Masha was just getting started on that site and I was there once with the DEP representatives and Jesse and NRCS and I was there on a tour.

Q. When was the most recent time you were on that site?

A. The most recent time was -- I believe it was September 7, which was a Christina basin -- we had it as a site stop on the Christina Basin Water Resources Tour that we take yearly that's set up through the Christina Basin Task Force.

Q. What's the purpose of that tour?

A. That tour is to showcase Best Management Practices in the Christina Basin.

Q. So this was a facility that was on that tour to display it for the people who were on that tour?

A. That's correct. And that's an interstate group so we had people from both the State of Delaware and Pennsylvania.

Q. How many people were on that tour?

A. We had a full bus of 50 people. It was one of the largest turnouts that we have had.

Q. It must have been some consternation or maybe even some amusement when you told them that this was a site that was in the middle of litigation?

A. I am not sure if that was actually brought up or announced to the -- publicly, you know, to the group, you know. That may have been mentioned to maybe one or two people but I don't think it was specifically announced to the, you know, to the group.

Q. I guess that might have been a bit embarrassing to have to say gee, "Here we are showing off a Best Management Practices site

and it's also been the subject of Federal litigation."

A. Well, I think one of our concerns was more that the funding for the Red-White Clay Program at that time had been cut by the Federal government and that we in Chester County received no funds for the year 2001/2002. And we were trying to make the point that we needed that money that we were authorized but not allocated.

Q. Do you know who Rick Masha is?

A. Yes, sir. I have met Mr. Masha a couple of times.

Q. And do you know who Michael Cutone is?

A. I have met Mr. Cutone on a couple of occasions.

Q. And do you know that Mr. Masha is the owner of Rick's Mushroom Service?

A. Yes, sir.

Q. And who do you know Mr. Cutone to be?

A. Mr. Cutone I met in regards to one of the mushroom facilities, the growing facilities, that his company or family owns and I had worked with him to get him within the

Red-White Clay Program to do Best Management Practices on that operation.

Q. Have you had involvement with Steve Piller?

A. Yes, sir.

Q. And who is Steve Piller?

A. Steve Piller is the -- one of the environmental field people for -- I think his title is Water Quality Specialist for Pennsylvania Department of Environmental Resources. Excuse me. Pennsylvania Department of Environmental Protection of the Southeast Regional Office.

Q. Are there any other people from Pennsylvania DEP who are involved in Rick's Mushroom Service or who are involved in the mushroom, the evaluation of mushroom facilities that you know of?

A. Yes.

Q. Who would they be?

A. In our discussions with DEP, you know, with -- pàrticularly with the mushroom operations throughout Chester County it has been -- Mr. Piller has been the field person.

His immediate supervisor has been Steven O'Neil who is, I believe, he is Chief of the Permits Division. Mr. O'Neil also worked with me on the Mushroom Manual.

Jim Newbold, James Newbold, who is the head of the Water Quality Division. Mr. Feola himself, the Southeast Regional Director, has been involved in some of those meetings. There is at least two or three other compliance officers and one of the attorneys, Martha Blasberg.

Q. Do you work with any people from the Bureau of Waste Management of DEP?

A. I have worked on some occasions with the mushroom, particularly within the mushroom operations, with Ron Furlan who is the, again, Director of the -- Director of the Division of Solid Waste or Waste Management and I believe it's Bob Bauers who has also done some of the -- who does some of the field work for them.

Q. Have you ever either encountered Mr. Furlan or Mr. Bauers at Rick's Mushroom Service?

A. No, I have not personally encountered

them out there or anything like that. And to my knowledge at least in the meetings -- no, I have not.

Q. Do you know if they are even aware of Rick's Mushroom Service?

A. I can't say for sure though the regional office is usually very -- Mr. Feola makes sure that things get discussed across the division lines, you know, in that office.

Q. Do you know who Jon Hundertmark is?

A. No, I do not.

Q. Do you know if anybody from the Federal Environmental Protection Agency has made inspections of mushroom facilities?

A. I have -- I have heard that there was at least one EPA representative down at Rick's facility. I do not know what the gentleman's name is and I did not see, you know, any written correspondence or anything like that as to what their findings were.

Q. Now, you mentioned that you are the head of the Chester County Conservation District and who is Jesse Davis to you with respect to you in the hierarchy?

A. Jesse Davis is a mushroom farm resource conservationist. He is a subordinate to me.

Q. How would you describe his job?

A. Jesse's position is specifically to work with the mushroom farmers throughout Chester County, not just within the Red and White Clay but throughout the county to assist -- to assist them in complying, number one, with that environmental protection mushroom farm community plan to promote the Red-White Clay Program, if they are within that area, as far as to implement Best Management Practices, to work within the community to resolve complaints and to work with the DEP, in fact, if there is major violations that can't be voluntarily resolved.

Q. Well, does your organization, the conservation district, have enforcement authority?

A. No, sir.

Q. So if some law is being violated, what would the conservation district do about it?

A. Again, the conservation district and I -- we seek voluntary compliance. We will try to

work with a landowner or an operator. If we see a willingness to, you know, work to implement Best Management Practices and everything like that, then we will continue to work. We will provide the technical assistance.

In some cases we can provide some funding to implement the Best Management Practices and, you know, we will work with the landowner to do that.

If we can't, if there is a lack of willingness or, you know, a flat out, you know, I am not going to do anything, then we refer it to the department basically and the department has to take the action.

Q. That's the Department of Environmental Protection?

A. That's correct.

Q. I guess as I am beginning to understand this, the conservation district almost acts like a consultant would. Is that a good way of describing it?

A. To --

Q. To the farmers.

A. It's a fine line. I mean, yes, in a way I can agree with you there that it is -- we do act as a consultant and provide guidance to interpreting at least some of the requirements and to, you know, provide some technical specifications to the Ag operators as to what Best Management Practices would be able to be put in. So, yes, I would agree with that.

Q. There is another organization called the NRCS. Do you know what that is?

A. Yes, sir. It's the National Resources Conservation Service, USDA.

Q. What do they do?

A. They are very similar to the conservation district except they are a federal organization. The conservation district is actually the local sponsor of that organization and allows them to work within the county. It's initially why the conservation districts were formed back in the old -- in -- 53, 55 years ago, in order for soil conservation service, which is what they were then. In order for them to work within a county you had to have a conservation district

formed and that's where initially conservation districts were formed.

Soil conservation service at that time provided all the technical assistance in writing conservation plans, implementing conservation plans and everything like that. Things have changed in 53 years to the fact that conservation districts are also offering technical assistance, too, so we are somewhat interchangeable to a degree.

Q. I guess I am just confused because Mr. Davis testified earlier that there were many, many inspections. I think he said like 90 percent of his inspections he did with somebody from the NRCS present with him.

A. Uh-huh.

Q. What is it that you do that's different from what the NRCS does and vice versa?

A. Well, primarily at this point the NRCS, and this is one thing that we have been doing particularly with the mushroom operations because the -- because of some of the sensitivity is -- a lot of the work is being overseen by the NRCS' engineers, which in a

lot of the practices we do in the dairy and other, you know, more traditional type of agriculture -- and don't get me wrong, mushrooms are traditional for Chester County but they are not traditional for 63 other counties in the State of Pennsylvania. So, you know, they are somewhat unique to the State of Pennsylvania. So we have been very conscious of the fact to get the NRCS engineers involved as much as we possibly can.

So Jesse has worked with that, plus the other thing, Jesse has been on the job for, I believe approximately a little over two years, so he has also been in a training mode.

Q. So he is basically a trainee?

A. Well, I wouldn't say he is a trainee but, again, when he started working on this project, he was in a training mode, yes.

Q. You must have -- must have to have like an ergonomy-type background to do a job like yours. Do you know if Jesse has that kind of a background?

A. You don't necessarily have to have an ergonomy background. I have a geography and urban planning background. A lot of the, particularly the ergonomy and nutrient management specialist information and things like that, are taught on-the-job and also through specialty training. For both the department and NRCS and the Pennsylvania Department of Agriculture. Jesse has been through many of those classes.

Q. You mentioned your background. You have a college degree, I assume?

A. Yes.

Q. And where is that from?

A. West Chester University.

Q. And that was in what subject?

A. Geography and urban planning.

Q. And do you have any master's degrees?

A. No.

Q. And any subsequent training, formal training?

A. Formal training, yes, I have formal training. It is not degreed program training.

Q. And what would that be?

A. I have certification programs in erosion and sediment control. I'm certified as a water -- an urban water quality specialist. I have taught numerous erosion and sediment control training sessions for community, excuse me, community environmental education courses.

Q. Do you have an engineering background at all?

A. No.

Q. How long have you been employed by the conservation district?

A. I have been employed since 1978.

Q. By the conservation district?

A. By the conservation district. I was -- it was 10 years as an agricultural conservation technician and since 1988 as the district manager.

Q. And just to close the loop on this, Peter Vanderstappen, Lester Jiles and Sam High, do you know who those people are?

A. Yes, sir.

Q. And who would they be?

A. Peter Vanderstappen is the -- he is an

NRCS employee from the Lebanon Area Technical Center. He is the engineer that has done most of the work with the mushroom growers, mushroom farmers and mushroom-related activities in Chester County. He has also taken some of that expertise to Berks County.

Lester Jiles is a soil conservationist from the West Chester field office who has worked extensively in the Red-White Clay Program. I believe he is assigned specifically to that land treatment program. And, again, that has been primarily working with the mushroom growers. I can't remember how many years Lester has been working with NRCS. I believe he has been in the West Chester field office for three years.

Sam High is the district conservationist for the West Chester -- West Chester -- located in the West Chester field office but he is the -- he also covers Philadelphia and Delaware County.

Q. And although I think I have a sense of what your job is can you tell us what your

current job responsibilities involve?
A. I am responsible for implementing the entire Chester County Conservation District Program, including our long-range plan that's developed by our district Board of Directors. Our programs are right at this point broken 50 -- or split 50/50 between agriculture activities and urban suburban development activities.
Q. So as I understand it then you're employed actually by Chester County; is that right?
A. That's correct. I am and all our people are full-time county employees.
Q. Do you know if you or if Mr. Davis are paid any money by the defendants in this case to provide any testimony?
A. No, we are not -- to my knowledge we are not being paid.
Q. And then have you been retained at all as an expert witness or to provide expert testimony on behalf of the defendants?
A. No.
Q. Have you ever testified as an expert

witness in a case?
A. No.
Q. And do you know if you are even permitted by your agency to testify as an expert witness?
A. As an expert witness? Excuse me. No. We are subpoenaed for everything and that is a requirement from our board.
Q. You said you visited Rick's Mushroom Service while it was Rick's Mushroom Service and then even prior to that about a half a dozen times; is that right?
A. Total, yeah.
Q. And how many other mushroom-related facilities have you visited in the course of your career with the conservation district?
A. Individual operations or how many times have I been to a mushroom facility?
Q. Well, let's say individual operations first.
A. I have probably been to half of them in the county, which I would say is somewhere around ask 60 operations I have been in.
Q. So you are saying there is 60 operations

and you have been to 30 of them?

A. No. I am saying I have been to about 60 operations. There's a -- it's a floating number. It probably varies somewhere between 120 to 140 operations depending on the years within the county.

Q. So there have been 120 to 140 operations, right?

A. Yeah.

Q. And then you have been to approximately 60 of them?

A. I would say at least that much, that many. I initially started the pilot work for the conservation district in working with the mushroom growers.

Q. What percentage of your time, not including this deposition today, but what percentage of your professional time would be devoted to Rick's Mushroom Service?

A. If -- not including the deposition, you know, just to take it on a daily basis, I guess?

Q. Yes.

A. Less than 100th percent. I mean, --

Q. Less than 100th of a percent?
A. That's correct.
Q. I mean, --
A. I am not actively involved, you know, on an either daily basis or weekly basis or a monthly basis.
Q. Well, there have got to be thousands of agricultural operations in Chester County, I imagine?
A. That's correct. It's 1,300 agricultural operations in the county.
Q. And you are the district manager of the conservation district and you have got overall responsibility in one way or another for all of them?
A. That's correct.
Q. And we are talking about one facility?
A. That's correct.
Q. Now, somebody like Jesse Davis on the other hand, who is intimately involved in the field would obviously spend significantly more time?
A. That's correct. And, you know, again, Jesse is working specifically with mushroom