# EXHIBIT "D"

Cont'd

you can't work with the person and -- or I shouldn't say, you can't work with the person, the person won't work with you. If the department isn't swift and just with their enforcement, it shoots your voluntary compliance program right out of the -- right out of existence.

Q. So I understand this, let's say an inspector, we won't name any names, let's say one of your guys goes out and he sees compost in the wrong place on the berm, on the wrong side, whatever it is, he might say to the farmer, "Farmer Jones, the next time I come back here, I would like to see that cleaned up. Otherwise, I am going to report you to DEP."

He shows up a couple days later and it's cleaned up. And that's the end of it, right?

A. Right.

Q. The alternative might be that he would see the compost in the wrong place. He talks to Farmer Jones. He says, "Please clean this up. I will be back in a couple days."

And he comes back a couple days later and it isn't cleaned up. At that point what would you say to your staff member? What should he do?

A. Well, at that point you either tell the farmer to get it moved right then and there, you know, or, you know, again bring DEP out there. And whether at that point -- whether DEP issues a Notice of Violation or whether their presence out there on the farm is just enough to make it move or happen at that point. Again, they have to gauge as to, you know, what is needed as far as enforcement, you know.

Q. Well, it's a tough situation that you are in --

A. Sure.

Q. -- because you need to be able to work with these guys on a daily basis and work hand in hand with them virtually as a consultant and on the other hand you're a government agency --

A. Right.

Q. -- so there is certain government

responsibilities, so it's a tough position that you are in.

A. But there are -- a lot of what we have done in dealing with people who have initially refused to work with us have been resolved by getting DEP just out to the site and basically either saying to them, if you don't work with the district, then you will deal with an NOV. Okay. And/or issue an NOV and say, you know, you have 30 days to resolve the issue. And we are to the point if people get issued the NOV's now, the Notice of Violations, we are actually putting them at the bottom of the list because we have such a waiting list of people who voluntarily want to work and it's not fair to them to automatically drop and bring somebody who has an NOV to the top of the list.

* * *

(Whereupon, a brief recess was taken.)

* * *

BY MR. BURCAT:

Q. Mr. Greig, are you personally familiar

with the Rick's Mushroom Service facility as a result of your half a dozen or so trips out to that facility?

A. Yes, I am familiar with the Best Management Practices, you know, within that facility primarily.

Q. And how is it that you are familiar with that?

A. Well, again, the last time I was down there on the tour, I believe all the Best Management Practices were, you know, had been implemented and were functioning.

Q. Now, when you say all of the Best Management Practices had been implemented and were functioning, let's talk about which ones specifically.

A. Sure.

MR. BURCAT: Let me mark this as Exhibit-5.

* * *

(Sample Location Diagram (also Davis-1), 1 page, was received and marked as Greig-5.)

* * *

BY MR. BURCAT:

Q. Mr. Greig, we have had the reporter mark this document as Greig Exhibit-5. This was also Davis Exhibit-1. We used this this morning and --

A. Yes.

Q. -- you can see it's a diagram of Rick's Mushroom Service. Is that your understanding of it?

A. I am just trying to get my bearings straight here. We come in this way from -- okay.

Q. You are familiar with that basically?

A. Somewhat familiar with it, yes. There's some things on here that I am not quite sure what they have. I am familiar with the sediment basin and the impoundment.

Q. You had been talking about Best Management Practices and --

A. That's correct.

Q. -- I just thought it might be handy if you had the plan in front of you.

A. Sure.

Q. Now, when you are talking about Best

Management Practices, to what are you referring specifically?
A. Well, the two major ones that I was referring to were, excuse me, were constructed Best Management Practices were the sediment basin which was a sediment basin which was installed very early in the project and that was initially put in basically to get control of what had been left up in here by Mr. Frezzo.
Q. Do you want to just put a little "A" next to the sediment basin and then your initials.
A. (Witness complies.) Okay.
And then I know this lined impoundment was actually put in afterwards, later on when it was finally decided as to how much area was going to be utilized for spent compost.
Q. So that impoundment is also part of the Best Management Practices?
A. That's correct.
Q. Could you but a "B" next to that, please. In it is good.
A. In it is good?

Q. Sure. And then your initials next to that, too, please.
Is there anything else that you would consider Best Management Practices?
A. Yes, there are and I can't locate them on the map but there are -- there is, if I remember correctly, there is a couple buffers and there is -- I know there is a spray field. I believe there is a concrete tank.
Q. So the buffer -- when you say buffer, what does that mean in laymen's terms?
A. A grass filter area.
Q. Okay.
A. And then plus there is a spray field.
Q. Just one spray field or two spray fields?
A. Again, I believe there is one but I am just not 100 percent sure on that.
Q. That's okay. You have got 1,300 facilities under your jurisdiction so this is just one of them.
A. Yes. Now, when we were down -- I know when we were down looking, we looked primarily at the sediment basin and the impoundment with the, and if I am not mistaken, there was also

a pump house in there and aerators for the odor, you know, from the impoundment to keep that going.

Q. Now, all these things that you just mentioned, the sedimentation basin, the impoundment, the buffer, the sprinkler system, all of these things, this is all part of what the government would have assisted Mr. Masha on, the $100,000 grant?

A. Right. And those are all Best Management Practices that we would have assisted any agricultural operator on.

Q. Now, does your agency design these Best Management Practices or does some other agency do that?

A. They are done specific -- the actual designs in particular because of the impoundments have to be designed by a -- or at least designed under a professional engineer. So they are designed by the NRCS technical staff. Some of the other practices such as water waste diversion and things like that, my staff does have engineering approval for or at least some of my staff members do.

Q. So did your staff design any of the facilities at Rick's; do you know?
A. I think everything at Rick's was actually designed either -- was designed by NRCS. Now, my staff probably -- Jesse probably helped in the layout and certification -- you know, that it met certification.
Q. I see. So all of the design actually would have been done by NRCS staff --
A. That's correct.
Q. -- and to a certain limited extent, the conservation district would have helped?
A. Right. But it all would have been under Pete Vanderstappen's --
Q. I see. Well, does Best Management Practices also deal with the day-to-day operation of the facility?
A. Well, yes. That's, again, -- a lot of that comes into play within your, you know, getting your Mushroom Farm Environmental Management Plan.
Q. But you surely can't have enough staff to have somebody out there on a day-to-day basis?
A. No. No, and we don't.

Q. So how does that work then? How do you know that the Best Management Practices are really being complied with if you are not out there on a day-to-day basis?
A. Well, again, on a general, you know, on a general as long as the -- when we do stop in, you check the major practices to make sure that they are being upkept but, you know, again, the little day-to-day ones, I mean, that's really the operator's responsibility to make sure that those are being taken care of.
Q. So if you have a sprinkler system, for example, and that sprinkler system is designed to disperse the water that's in the impoundment and it can only be operated a certain amount of time, that's not the conservation district's responsibility to turn the valve on and off, is it?
A. No.
Q. You leave that up to the operator of the facility?
A. That's correct.
Q. And how about just sort of the general day-to-day maintenance around the facility,

are you responsible for that?
A. No. No. I mean, again, we can give guidelines and we can, you know, we can work with an operator to a point, you know, but eventually it's his -- ultimately, it's their responsibility to, you know, to take care of that.
Q. So the operator, for example, could come to you and say, hey, look I am having trouble with this thing clogging over here, what am I going to do about that?
A. Right.
Q. You can get the right people together and say okay here's how we're going to unclog it and here's what you have to do to maintain it?
A. Yes.
Q. Then it's up to him to actually do the work?
A. Right. I mean, there have been some instances and very few and far between, that we do get involved in a little bit more of that on a -- I can think of one site in particular where we have given more than just

the advice and guidance, that we have actually gotten out there and emptied some pipes simply because there were problems in maintaining them.

Q. Is that Rick's or some other facility?

A. That was another facility.

Q. But, I mean, so far as Rick's is concerned, Rick Masha and RMS, they are responsible?

A. They are responsible, yes. And that's really for every facility.

Now, as I say, again, with some troubled facilities and/or, you know, trying to work the bugs out of the system, you may have more contact with an operator, you know, just to resolve issues and things like that but still ultimately the operator is, you know, responsible for all of it.

Q. So if Jesse Davis goes driving down the road and leaving the facility and Rick turns around and does something that is not a Best Management Practice, you guys don't have any control over that?

A. No.

Q. I mean, if Jesse says to him, look, you can turn on the valve on the sprinkler for 10 minutes a day and Rick turns it on for 40 minutes, you have no control over that, right?
A. That's correct.
Q. For that matter, if there is certain general maintenance things that have to be done, Jesse can say to Rick, "Hey, Rick you have to clean this out and I would like you to do it in the next couple days if you could." And then he leaves and if Rick doesn't do it, well, Jesse can't force his hand, right?
A. That's correct.
Q. It's up to the operator to do that?
A. It's up to the operator, that's correct.
Q. And if the operator doesn't do that, then he is not conducting Best Management Practices?
A. Yeah. Well, again, and I think so we have to -- we have to put it into perspective as to what the Best Management Practice is that -- if you're referring to a Best Management Practice not being upkept. There are certain Best Management Practices that

are, you know, practices that may not need to be done on a day-to-day basis but could be done monthly, that might not be outlined in the plan. There is some that are critical that need to be done daily.

Obviously, if you're running a sprinkler system and it tells you that you are only supposed to run it for 25 minutes, you know, that's a critical one. If you have a grate that has some debris on it but it's really not effecting whether the material, the liquid gets into it, well, that may be a quote/unquote "a minor violation", you know, and it's something that if you wanted to get technical when you went out to the site, you could write it up as a violation but it really doesn't mean a whole lot. It's to the actual operation.

Q. There really -- there are really two kinds of Best Management Practices then. They are sort of, I am going to call it the capital, the hardware, the big stuff, the impoundment and the sedimentation basin, installation of a sprinkler system, that's one

kind of Best Management Practice, right?
A. That's correct.
Q. And then there is a second one which is sort of the day-to-day operation which is you are going to use your sprinkler for "X" minutes a day. You are going to keep this waterway or this drainage way clear and maintained properly?
A. Right.
Q. You are going to keep -- there are maintenance responsibilities that you are going to do on a day-to-day basis and that's a different kind of Best Management Practice, right?
A. Well, I would throw the sprinkler, you know, again, the sprinklers, the irrigation issue is much more critical than just on a maintenance thing on a -- because, again, you know, it's important that you don't have runoff from, you know, your sprinkler system, your irrigation system. I mean, irrigation is meant to irrigate and infiltrate.
Q. Well, how do you make sure then that the irrigation system -- I mean, how do make sure

that that happens? I mean, if it's that critical, how do you make -- how do you know?
A. Well, again, that's up to the operator to make sure that that's, you know, not happening.
Q. Well, I have been involved in this case but maybe you could tell me a little bit about why in a situation like this if the sprinkler isn't operated properly that could be significant? I think your word was significant. Why is that significant?
A. Well, again, because you could possibly have a runoff event.
Q. So what kinds of factors would have an influence on whether you'd have runoff? I mean, would rain have anything to do with that?
A. It -- well, again, it would depend on the conditions. All I am saying is that the operation of the irrigation system, you know, is a significant portion of the management plan.
Q. Doesn't it all come down to the operation of the irrigation system ultimately in a

sense? If all the hardware is working right and you have installed everything and NRCS has installed everything and it's done perfectly, beautifully, then doesn't it really all come down to whether or not the irrigation system has been operated properly?

If you tell an operator that he can turn on the irrigation system say for 10 minutes a day and he turns it on for 40 minutes a day, doesn't that -- doesn't that throw all the -- all that great work that you guys did, doesn't that throw it all out the window?

A. It depends -- again, it depends on what the margin of safety is built into it and stuff like that. Again, I am not completely knowledgeable what the details are for the irrigation system were built out there. All I can say is it is a very integral part of the plan.

Q. Well, you are familiar with the Mushroom Manual, of course?

A. Right.

Q. Are you allowed to operate when the

ground is frozen? Are you allowed to sprinkle when the ground is frozen?
A. You can in emergency situations.
Q. Yes, but if it's not an emergency situation.
A. If it's not an emergency situation, you shouldn't but it depends -- again, it depends on if it's an emergency situation, they have gotten permission from DEP to do that before. We have done that in other facilities before.
Q. If it rained within the past 24 hours, are you allowed to use your sprinkler system?
A. Again, it depends on, you know, the condition of the ground.
Q. What about -- what is significant about the condition of the ground that would influence whether or not you should be able to do that?
A. Well, it depends how much rain you have, it depends on what the conditions have been in the past.
You know, like the rain we had last week, for instance, besides having most of it vaporize before it hit the ground, I

don't know about where you live but I know I dug in the ground the next day and it wasn't wet more than, you know, half an inch below the surface of the ground. So you could have irrigated anyplace almost in this county right after that rain. It wouldn't have made much difference. So, you know, again there is a lot of conditions involved and it is a management issue. That's a management issue and it's important.

Q. The Best Management Practice would that allow you to irrigate when the ground is saturated?

A. It's not recommended.

Q. So if it's not recommended, it can't be a Best Management Practice if you do it?

A. Again, it is not recommended. I could see, you know, doing something like that again in a situation if it meant the difference between having a direct discharge from a, you know, from a holding facility, you know, as opposed to a, you know, being able to overland flow it or spread it on the ground.

Q. How important is it to know -- do you

know what N-P-K is?
A. Yes.
Q. How important is it to know how much N-P-K the soil and vegetation is capable of holding if you're doing irrigation?
A. It should be -- the material that you are -- the liquid that you are spraying should be tested and it should be applied to whatever crop is being grown so that the crop will take up as much as possible. And especially I believe in this particular case they are putting on some type of grass so it should be some type of grass that's going to be harvested, removed.
Q. Well, let me understand this because I truly have no experience in this area. The N-P-K is nitrogen, phosphorous and phosphate, right? Am I right?
A. Potash.
Q. Potash. Thank you.
And those are elements --
A. Uh-huh.
Q. -- and they get taken up by the grass; is that right?

A. That's correct.
Q. Now, you get to a certain point as it's taken up by the grass and the grass is full of that stuff, I guess, right?
A. Uh-huh.
Q. You have to answer yes or no.
A. Yes.
Q. And what is the significance then of cutting the grass and just leaving it there?
A. I believe it's, again, as part of the Best Management Practices, it should be harvested.
Q. So not harvesting it is not --
A. Doesn't remove it, that's correct.
Q. And, therefore, it is not a Best Management Practice, right?
A. Right.
Q. So you have this grass that is heavily laden with N-P-K.
A. It's tied up in the grass though, okay.
Q. Okay. And so the idea then is to cut the grass and to remove it from the area so that you are removing this N-P-K --
A. Right.

Q. -- that would otherwise be in the ground?
A. That's correct.
Q. Does it make a difference if the ground was once used for the storage of SMS?
A. I really can't answer that one. There really hasn't been enough study done as to how much N, P and K, you know, leaches down, you know, from the piles if it was used to store previously. You know, it depends on what they removed -- you know, how deep they removed it and, you know, everything like that.
Q. Okay. But if you have a pile of SMS sitting on the ground surface and the rain hits that pile, doesn't the N-P-K and any salts and anything else that's in there, it's going to go down into the ground, isn't it?
A. We are in an area of speculation because a lot of it depends on what the surface of the ground is underneath that pile. And a lot of times if it had been stripped before, that area is so compacted that you don't get much infiltration whatsoever.
Q. Well, then it sounds to me like there are two things that are important. You said one

of them a minute ago and that was that it's important to test this water that you are going to spray on the ground.
A. That's correct.
Q. And how often should you test that water?
A. Again, I don't know what they are recommending in the plan but they usually recommend until you get a consistency in the testing. That's what we recommend for the manure, that's what we recommended for, you know, runoff water from composting, spent compost.
Q. So how often do people do that, once a year, once a month, once a week?
A. Well, again, it would be until you get a -- start to get a consistent, you know, test, so it could be, you know, it could be, you know, once every six months for two years. If it's consistent, you know, then you stop testing unless, you know, you start bringing spent compost that you expect to be different or something like that. With spent compost -- with the water coming off the spent compost, a lot of it is going to be rain dependent so if

you're not going to get a lot of rain events, it's probably going to be different than it is if you have a lot of rain events.

Q. All right. But the importance of that as I understand it is that you have this leachate --

A. Uh-huh.

Q. -- with water coming out of the system and it's got all kinds of elements and minerals and chemicals and salts in it and you need to test it periodically because you are going to be putting this onto the ground --

A. Uh-huh.

Q. -- and you are relying on the grass and you are relying on the ground to take the -- all of that stuff out of the water; is that right?

A. Uh-huh. Well, as much as you possibly -- yes, as much as you possibly -- as much as it possibly can.

Q. And if you don't test that leachate, how are you going to know how much to take out, right?

A. Yes, I agree.

Q. Now, --
A. Again, I think it's written into their plan to do testing.
Q. And you are the regional director of the conservation district, so how important is it to a farmer to know how much N-P-K is going into a particular crop so that he either enhances that crop or he might kill that crop?
A. I don't think it's going to be an issue that you are going to kill the crops with what you are finding in this water.
Q. How about salts, does that have any impact?
A. Again, I don't think that's going to be an issue with the hay crop.
Q. Why is that?
A. Because I don't think it's going -- to my knowledge, I don't think it affects the hay grass crops.
Q. So salt doesn't impact the hay crop?
A. I don't think it's going to, no.
Q. Now, what happens -- does the salt all get taken up by the hay; do you know?

A. I believe so.
Q. But that is not your area of expertise?
A. No.
Q. Whose area of expertise would that be?
A. I would ask an ergonomist.
Q. Is Mr. Vanderstappen an ergonomist?
A. You could ask Mr. High when he is here.
Q. Mr. High.
What happens then if you have got all of this -- all of this leachate and you are spraying it onto this field and you have sprayed too much, your ground is too hard or it's too saturated, what is going to happen with all that leachate?
A. What is going to happen to it?
Q. Where does it go? Does it disappear? Where is it going?
A. Well, I guess if -- first of all, if there is no rain, you have a minimal amount to deal with to begin with. I believe this year has been one of those types of years. If conditions don't allow it to be sprayed, I believe, again, in this particular plan there were some considerations made for being able

to haul it. I believe that's what it was.
Q. My question wasn't clear. Let me rephrase that.
If you're spraying leachate onto the ground, --
A. Uh-huh.
Q. -- you are spraying it so that it goes into this field and there are two of them at the RMS property --
A. Okay.
Q. -- there's one just to the north of the impoundment and there is one to the south of the impoundment.
A. Okay.
Q. If you are spraying this leachate onto the ground, what happens if the ground is saturated or frozen with that leachate? Where is it going to go? Does it just lay there?
A. Again, I am not clear the way you are asking the question. Are you asking that -- are you going to spray more on top of that? Is that --
Q. Let me rephrase the question again.
Let's say, assume that the

ground is already saturated. It rained like hell yesterday. The ground is saturated. The grass is short so it is not going to help you out that much either but assume the ground is saturated and you spray more leachate on top of that --

A. Uh-huh.

Q. -- where is that leachate that you have just sprayed, where is that going to go?

A. Again, I think it's going to depend on the conditions but there is a good chance if -- if it's oversprayed, there is a good chance it's going to run off.

Q. Well, that's the whole --

A. It's going to overland flow or it's concentrate flow -- whether it will concentrate flow is different than overland flowing. You know, again, in a -- I would go back to the scenario where I talked about an emergency situation, I would rather have that happen than have the impoundment itself overflow. But, again, I think there is contingency plans, you know, that are normally developed to require those things to be

trucked at that point or other alternatives.

Q. You said that there were approximately 1,300 various agriculture units in Chester County, correct?

A. Uh-huh.

Q. And I think you said that there were about 120 to 140 different mushroom operations and you have visited about 60 of them, give or take?

A. Right. Yes.

Q. How many of those agriculture units, the 1,300, how many of them roughly might be taking mushroom substrate as an amendment to their soil?

A. Excuse me. I am not quite sure if I understand that -- might be taking mushroom substrate as an amendment?

Q. Yes, taking the compost, using the compost.

A. Using compost. Okay.

Q. Using compost.

A. I am going to estimate at about 10.

Q. 10 of them?

A. 10 operations.

Q. Out of 1,300?
A. Right -- no. Out of -- excuse me. I think, again, please restate the question.
Q. Sure. Of course. Absolutely.
You said there were about 1,300 various agricultural operations in Chester County.
A. Okay.
Q. Out of those 1,300 agricultural operations, how many of those agricultural operations are taking compost, and let me add one limitation to that, --
A. Uh-huh.
Q. -- where these operations are not mushroom farms themselves.
A. Okay. I would say it's -- I don't have an exact number but I would say it's less than 100, yeah.
Q. All right. So --
A. They are all in -- all pretty much in the southern part of the county there.
Q. And they take the compost because when a farmer uses it the right way, it can be good for his soil, right?