# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **RICK'S MUSHROOM SERVICE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-255C |
| **THE UNITED STATES,** | * | (Filed Jan. 22, 2007) |
| Defendant. | * | |

## ORDER

Defendant having submitted the Declaration of Peter John Vanderstappen dated January 17, 2007, with Defendant's Supplemental Memorandum in Support of Motion To Dismiss,

**IT IS ORDERED**, as follows:

By January 29, 2007, plaintiff may submit a response, not to exceed five pages, addressing any new material in Mr. Vanderstappen's declaration.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge