# In the United States Court of Federal Claims

**No. 06-255 C**

**RICK'S MUSHROOM SERVICE, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed April 10, 2007, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed, without prejudice for lack of subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

**April 11, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.