# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------X

RICK'S MUSHROOM SERVICE, INC.
1007-1013 Newark Road
P.O. Box 416
Avondale, PA 19311

Plaintiff,

v.

UNITED STATES OF AMERICA, acting through the
UNITED STATES DEPARTMENT OF AGRICULTURE NATURAL RESOURCE CONSERVATION SERVICE
United States Department of Agriculture
Washington, DC 20250

Defendant.

-----------------------------X

Case No. 06 255C

## ORDER

AND NOW, this _________ day of _______________, 2007, upon consideration of plaintiff Rick's Mushroom Service, Inc.'s Motion for Reconsideration and/or to Amend the Court's Order of April 10, 2007, and the response thereto, if any, it is hereby

ORDERED that the Motion is GRANTED and it is further

ORDERED that part of the Order dismissing Count II of the Complaint is VACATED pending further discovery, or alternatively, it is

ORDERED that this case is transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1631.

BY THE COURT:

______________________________

Hon. Christine O.C. Miller, J.