**CERTIFICATE OF SERVICE**

JONATHAN J. BART, ESQUIRE, hereby certifies that he did cause a copy of foregoing pleading to be served on the following parties as directed by the Notice of Electronic Filing:

Troy B. Mouer, Esquire
Office of the General Counsel
U.S. Department of Agriculture
P.O. Box 1134
Harrisburg, PA 17108

Joan M. Stentiford, Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L. St., N.W., 8th Floor
Washington, DC 20530

Date: April 24, 2007

/s/ Jonathan J. Bart
Jonathan J. Bart, Esquire