# EXHIBIT "C"

# *WATERSHED* PROTECTION AND FLOOD PREVENTION ACT

## *Public Law 83-566*

Section 1001. Declaration of policy.

Section 1002. Definitions

Section 1003. Assistance to local organizations.

Section 1003a. Cost share assistance.

Section 1004. Conditions for Federal assistance.

Section 1005. Works of improvement.

Section 1006. Cooperative programs.

Section 1006a. Loans or advancements for financing local share of costs; repayment; interest; maximum amount.

Section 1006b. Territorial application.

Section 1007. Authorization of appropriations.

Section 1008. Notification of Secretary of the Interior of approval of assistance; surveys and investigations; report and recommendations; consideration; cost of surveys, investigations and reports.

Section 1009. Joint investigations and surveys by Secretary of the Army and Secretary of Agriculture; reports to Congress.

Section 1010. Data.

Section 1011. Watershed restoration and enhancement agreements.

Section 1012. Rehabilitation of structural measures near, at, or past their evaluated life expectancy.

WATERSHED PROTECTION AND FLOOD PREVENTION

Sec. 1006a Loans or advancements for financing local share of costs; repayment; interest; maximum amount.

The Secretary is authorized to make loans or advancements (a) to local organizations to finance the local share of costs of carrying out works of improvement provided for in this chapter, and (b) to State and local agencies to finance the local share of costs of carrying out works of improvement (as defined in section 1002 of this title) in connection with the eleven watershed improvement programs authorized by section 13 of the Act of December 22, 1944 (58 Stat. 887), as amended and supplemented: Provided, That the works of improvement in connection with said eleven watershed improvement programs shall be integral parts of watershed or subwatershed work plans agreed upon by the Secretary of Agriculture and the concerned State and local agencies. A loan or advance under this section shall be made under a contract or agreement that provides, under such terms and conditions as the Secretary considers appropriate, for the repayment of the loan or advance in not more than 50 years from the date when the principal benefits of the works of improvement first become available, with interest at a rate not to exceed the current market yield for outstanding municipal obligations with remaining periods to maturity comparable to the average maturity for the loan, adjusted to the nearest 1/8 of 1 percent. With respect to any single plan for works of improvement, the amount of any such loan or advancement shall not exceed $10,000,000.

Sec. 1006b Territorial application.

The provisions of this chapter shall be applicable to Hawaii, Alaska, Puerto Rico, and the Virgin Islands.

Sec. 1007. Authorization of appropriations

There are hereby authorized to be appropriated such sums as may be necessary to carry out the purposes of this chapter, such sums to remain available until expended. No appropriation hereafter available for assisting local organizations in preparing and carrying out plans for works of improvement under the provisions of section 1003 of this title or clause (a) of section 1006a of this title shall be available for any works of improvement pursuant to this chapter or otherwise in connection with the eleven watershed improvement programs authorized by section 13 of the Act of December 22, 1944 (58 Stat. 887), as amended and supplemented, or for making loans or advancements to State and local agencies as authorized by clause (b) of section 1006a of this title.

Sec. 1008 Notification of Secretary of the Interior of approval of assistance; surveys and investigations; report and recommendations; consideration; cost of surveys; investigations and reports.