# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * *

| | | |
|---|---|---|
| WARREN REYNOLDS, JOHN REYNOLDS, through his Guardians, JACKLEN E. POWELL and WILMINGTON TRUST COMPANY, WILMINGTON TRUST COMPANY, as Trustee | : | Civil Action No. 01-CV-3773 |
| Plaintiffs | : | |
| vs. | : | |
| RICK'S MUSHROOM SERVICE, INC., M.A.Y. FARMS, INC., and RICHARD MASHA | : | |
| Defendants | : | |

* * *

Media, Pennsylvania
Friday, March 15, 2002

* * *

Deposition of PETER JOHN VANDERSTAPPEN, taken pursuant to notice in the law offices of Kassab, Archbold and O'Brien, L.L.P., 214 North Jackson Street, Media, Pennsylvania 19063, on the above date, commencing at approximately 9:05 A.M., before Sandra E. Rosiejka, a Certified Shorthand Reporter and Notary Public.

Page 26

A. Oh, yes, very available.
Q. Because I don't believe and that may just not have been -- we did request, you know, certain documents from NRCS related to Rick's Mushroom Service but I don't think we specifically asked for that plan but we could then get a copy of that plan?
A. Yeah, that would be -- you could get one today if you call the right people.
Q. And who would the right people be?
A. Call Sam. He could probably bring you a copy. I mean, you know, --
Q. Okay. So Sam High, he --
A. Yeah, he could bring you a copy of the other watershed. It's a --
Q. -- could get us a copy of the plan?
A. It's about like this. (Indicating.)
Q. And just to finish that out now, once this plan is prepared, then it goes to -- did you say Washington has to approve it?
A. Washington has to approve it and then on a yearly basis they make a money allocation to our state and we have several of these projects across the state and then somebody

Page 27

divvies it up to decide how much money is going to go to the Red and White Clay Project. And that typical has been 500 to $700,000 that we have obligated per year.
Q. To this specific project to Red White Clay Creek?
A. To Red White Clay Creek, correct.
Q. And you -- but you said there are others throughout the State of Pennsylvania?
A. Yes, there are other land treatment watersheds.
Q. Do generally all of these get funded that are submitted?
A. No, not all the projects that are submitted get actual national funding and even once you get approval, there is no guarantee that you will get funding every year.
Q. And how do they determine who gets funded and --
A. I don't know.
Q. -- and what projects get selected?
That's all done out of the -- out of Washington, correct?
A. Washington, correct.

Page 28

Q. Turning to Rick's Mushroom Service, the facility there, when did you first become involved at that particular facility?
A. I started -- excuse me. I am going to answer that question with a statement. When you guys requested information, we had a meeting the other day with our -- Nick Mamone.
Q. Yes. Your counsel.
A. Our counsel. Counseling us on this deposition stuff and in the process it came to my attention we forgot to give you guys something.
Q. Okay.
A. So I am going to pass this over. We had some digital photos taken and there's two sets.
MR. HOWELL: They would need a set.
THE WITNESS: Yeah, that's why I made two sets.
MR. HOWELL: Thanks. Same thing, right?
THE WITNESS: Yes.
MR. HOWELL: Okay. Great.

Page 29

Thank you.
A. (Continuing.) Anyway, I forgot all about all these digital photos and never printed them out, so I thought I better get the photos and print them out for you guys to look at.
* * *
(Photographs, 2 pages, was received and marked as Vanderstappen-1.)
* * *
BY MS. HUMMEL:
Q. I have asked the court reporter to mark the document that you just gave me as Vanderstappen Exhibit-1.
Could you just take a look at that and explain is this the document that you just handed me --
A. Yes.
Q. -- that you brought today?
Could you just describe what it is.
A. This particular document shows the digital photos that were taken or some of the digital photos that were taken over the years from 1990 -- well, it started -- the photos