# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RICK'S MUSHROOM SERVICE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-255C |
| **THE UNITED STATES,** | * | (Filed Apr. 26, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff on April 24, 2007, filed the Motion of Rick's Mushroom Service, Inc. To Reconsider or Amend This court's Order of April 10, 2007 Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure [sic]. Accordingly,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 59(b), defendant shall file its response by May 9, 2007.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge