United States Department of Agriculture

NRCS

Natural Resources Conservation Service
One Credit Union Place, Suite 340
Harrisburg, PA 17110-2993
Ph: (717) 237-2100 Fax: (717)238-2338

December 23, 2005

Silverman, Bernheim, & Vogel
Attorneys at Law
Two Penn Center Plaza
Philadelphia, PA 19102

RE: Reynolds, et. al. v. Rick's Mushroom Service, et. al.; 01-CIV-3773

Dear Attorney Krawitz,

We have again reviewed your recent letters requesting that NRCS expedite the addition of a roofing system for Rick's Mushroom Service. The Natural Resources Conservation Service's ability to provide technical and financial assistance is governed by Federal statutes and regulations. The assistance that we provide must be authorized and funded by Congress. Regardless of merit or need, we can not provide assistance that exceeds what is authorized and funded by Congress. In addition, the NRCS national policy that covers the program in which Rick's received funding, caps the amount of financial assistance to any entity at $100,000.

Your request to expedite the addition of a roofing system is interpreted as a request that NRCS approve and fund such a roofing system at an approximate cost of $1.5 million. This far exceeds the national cap and must be denied.

However, NRCS does have the ability to offer within our statutory and regulatory limits, an updated design and Operations and Maintenance (O&M) plan for the Rick's Mushroom facility. The design would use the current structures, include provisions for the trucking of leachate offsite, and follow the Pennsylvania Department of Environmental Protection (PA DEP) permit guidelines. Any financial assistance would be contingent upon funding and acceptance of the design and plans by all parties.

In order for NRCS to proceed any further, we must have:

a. Rick's acknowledgment that such a plan would be considered,
b. A copy of the approved PA DEP permit, and
c. Assurances that the litigation between Rick's and the plaintiffs has been settled with the Court's approval.

If you are not satisfied with this decision, you may appeal in accordance with Part 11 of Title 7 Code of Federal Regulations, to the:



A

United States Department of Agriculture- National Appeals Division
8909 Purdue Road, Suite 240
Indianapolis, IN 46268
Phone: 800.541.0457
Fax: 317.875.9674

Additional information concerning the appeals process may be obtained at www.nad.usda.gov.

Sincerely,

Gary P. Smith

GARY P. SMITH
Acting State Conservationist

cc:
Robin Heard
Nicholas Mamone
William Bowers
Renee Melvin
Peter Vanderstappen

USDA United States Department of Agriculture
Office of the General Counsel
Washington, D.C. 20250-1400

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICK'S MUSHROOM SERVICE, INC., | : | |
| Plaintiff | : | |
| v. | : | 06-CV-00255 (CCM) |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | MAY 15 2006 |

**Declaration of Betty Ollila**

Betty Ollila, Acting Assistant General Counsel, General Law Division, Office of the General Counsel, United States Department of Agriculture, hereby declares and says that:

1. She is the Acting Assistant General Counsel of the General Law Division, Office of the General Counsel ("OGC"), United States Department of Agriculture ("USDA") and in that capacity supervises the receipt and adjudication of administrative claims filed with USDA pursuant to the Federal Tort Claims Act as a result of alleged negligent or wrongful acts or omissions of USDA employees.

2. In such capacity, she has caused a search to be made of the relevant records of USDA.

3. This search has disclosed no record of the receipt from Rick's Mushroom Service, Inc., the above-captioned Plaintiff, or his duly authorized agent or representative, of an executed Standard Form 95, Claim for Damage, Injury, or Death, or any other written notification of a claim for money damages in a sum certain arising out of the circumstances set forth in the Complaint filed in the suit at bar.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746.

Executed this 15th day of May, 2006.

BETTY OLLILA
Betty Ollila
Acting Assistant General Counsel
General Law Division
Office of the General Counsel
U.S. Department of Agriculture

B