# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
RICK'S MUSHROOM SERVICE, INC., *
Plaintiff, *
v. * No. 06-255C
THE UNITED STATES, * (Filed May 11, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant having filed a declaration in connection with its opposition and reply brief filed on May 8, 2007. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiff may file a reply by May 18, 2007, addressing any new facts or arguments raised in defendant's reply.

s/ Christine O.C. Miller
______________________________
**Christine Odell Cook Miller**
Judge