# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
RICK'S MUSHROOM SERVICE, INC., *
Plaintiff, *
v. * No. 06-255C
THE UNITED STATES, * (Filed June 4, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff moved on April 24, 2007, for reconsideration or amendment of the court's April 10, 2007 opinion and order. By order entered on April 26, 2007, the court requested a response. Defendant filed its opposition and response on May 8, 2007. Because defendant's response included a declaration setting forth new facts, the court gave plaintiff an opportunity to file a reply on May 11, 2007. Plaintiff duly replied on May 18, 2007. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiff's motion has been carefully considered and is denied for the reasons stated in defendant's response.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge