Electronically Filed
Date: 6/12/07

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

#066668

FILED
JUN 18 2007
U.S. COURT OF FEDERAL CLAIMS

-----------------------------X

RICK'S MUSHROOM SERVICE, INC.
1007-1013 Newark Road
P.O. Box 416
Avondale, PA 19311

Plaintiff,

v.

UNITED STATES OF AMERICA, acting through the
UNITED STATES DEPARTMENT OF AGRICULTURE NATURAL RESOURCE CONSERVATION SERVICE
United States Department of Agriculture
Washington, DC 20250

Defendant.

-----------------------------X

Case No. 06 255C

**NOTICE OF APPEAL**

Plaintiff, Rick's Mushroom Service, Inc., by its undersigned counsel, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final Order of the United States Court of Federal Claims dated June 4, 2007 which, inter alia, denied Plaintiff's Motion for Reconsideration of the Order of the United States Court of Federal Claims dated April 10, 2007. The Order of April 10, 2007 dismissed the Complaint of Rick's Mushroom Service, Inc. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Copies of the two Orders appealed from, April 10, 2007 and June 4, 2007 are attached hereto.

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**

Date: June 12, 2007

BY: /s/ Jonathan J. Bart

Jonathan J. Bart, Esquire

Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
Tel: 215-569-0000
Fax: 215-636-3999
e-mail: jbart@wilentz.com

**CERTIFICATE OF SERVICE**

JONATHAN J. BART, ESQUIRE, hereby certifies that he did cause a copy of foregoing pleading to be served on the following parties as directed by the Notice of Electronic Filing:

Troy B. Mouer, Esquire
Office of the General Counsel
U.S. Department of Agriculture
P.O. Box 1134
Harrisburg, PA 17108

Joan M. Stentiford, Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L. St., N.W., 8th Floor
Washington, DC 20530

Date: June 12, 2007

/s/ Jonathan J. Bart
Jonathan J. Bart, Esquire